MINUTE ENTRY FOR CRIMINAL PROCEEDING  Sealed

BEFORE MAG. JUDGE: Ramon Reyes  
DATE: 10/20/22  
DOCKET NUMBER: 22CR460 KAM  
LOG #: 2:56-3:15  
DEFENDANT'S NAME: Quan Zhong An  

- ✓ Present (via tel) ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL: ~~Andrei~~ Michael Horn  
___ Federal Defender ___ CJA ✓ Retained  

A.U.S.A.: Alex Solomon  
CLERK: S M Yuen  

Court Reporter: _____ (Language)

- ✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation
- ✓ Defendant pleads NOT GUILTY to ALL counts.
- ___ DETENTION HEARING Held. ✓ Defendant's first appearance.
  - ___ Bond set at _____ Defendant ___ released ___ held pending satisfaction of bond conditions.
  - ___ Defendant advised of bond conditions set by the Court and signed the bond.
  - ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  - ___ (Additional) surety/ies to co-sign bond by _____
  - ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted
- ___ Temporary Order of Detention Issued. Bail Hearing set for _____
- ✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
- ✓ Order of Excludable Delay/Speedy Trial entered. Start 10/20/22 Stop 11/22/22
- ___ Medical memo issued.
- ___ Defendant failed to appear; bench warrant issued.
- ___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Rule 5f order entered