AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NEW YORK__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Guang Yang<br>Qiao Zhang An<br>_Defendant_ | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT<br><br>Case Number: 22 CR 460 KAM |

Upon motion of the __defendant__, it is ORDERED that a detention hearing is set for __10/21/22__ * at __11 a.m.__
                                          _Date_                                      _Time_

before __duty Judge Bulsara__
                             _Name of Judicial Officer_

BROOKLYN, NEW YORK
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____)
_Other Custodial Official_
and produced for the hearing.

Date: __10/20/22__                                   s/RER
                                                    _Judicial Officer_

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.