

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FR:CSK                                           *271 Cadman Plaza East*
F. #2021R00667                                   *Brooklyn, New York 11201*

March 12, 2025

By ECF
The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Quanzhong An
              Criminal Docket No. 22-460 (S-1) (KAM)

Dear Judge Matsumoto:

        Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, Quanzhong An, has agreed to in connection with his guilty plea before the Honorable Pamela K. Chen on May 28, 2024 and the Addendum to Plea Agreement agreed to by the parties, dated March 12, 2025. The government respectfully requests that the Court enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

        Thank you for Your Honor's consideration of this submission.

        Respectfully submitted,

        JOHN J. DURHAM
        United States Attorney

     By:   /s/ Claire S. Kedeshian
        Claire S. Kedeshian
        Assistant U.S. Attorney
        (718) 254-6051

Encl.: Preliminary Order of Forfeiture
cc:     Counsel of Record (by ECF)