**BRAFMAN & ASSOCIATES, P.C.**

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

ANDREW STEBBINS

EZRA E. LENT

July 15, 2025

**VIA ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *United States v. Quanzhong An*, 22 Cr. 460 (KAM)

Dear Judge Matsumoto:

      As of July 2025, we have been informed that Mr. An's passport is currently being held by the Department of Probation and that absent this Court's direction, it cannot be returned. As Mr. An is currently incarcerated at FMC Devens, we respectfully request that his passport be released to his counsel.

      Thank you for the courtesy this Court has extended to counsel in this matter.

      Respectfully,

      Benjamin Brafman, Esq.

cc:      All parties (via ECF)